Opinion issued March 31, 2015



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00680-CV

———————————

**ELIZABETH COPELAND, Appellant**

**V.**

**BARRY COPELAND, Appellee**

---

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-39055**

---

## MEMORANDUM OPINION

On February 12, 2015, appellant was notified of intent to dismiss this appeal for want of prosecution for failure to file a brief by March 6, 2015. *See* TEX. R. APP. P. 38.8(a)(1). One further extension (appellant's fifth extension) was granted to March 11, 2015. To date, no appellate brief has been received.

The Court, having examined and fully considered the documents on file, appellant's failure to file a proper appellate brief and this Court's notice, is of the opinion this appeal should be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(a).

We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.